JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FIDEL GALLARDO,

             Petitioner,

    v.

SCOTT KERNAN,

             Respondent.

_____

Case No. 2:17-cv-01438-MWF-JC

[~~PROPOSED~~]

JUDGMENT

      Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

      IT IS SO ADJUDGED.

DATED:  December 20, 2019

                                       

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE